Jill H. Perrella (AZB #026270)
SNELL & WILMER L.L.P.
One South Church Ave., Suite 1500
Tucson, AZ 85701
Telephone: (520) 882-1200
E-mail: jperrella@swlaw.com
*Proposed Attorneys for the Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In Re:

INGLEWOOD WOMAN'S CLUB, INC.

Debtor.

Proceedings Under Chapter 11

Case No. 4:15-bk-04005-SHG

**CORPORATE OWNERSHIP STATEMENT PER RULE 7007.1**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable Judges to evaluate possible disqualification or recusal, the undersigned counsel for Inglewood Woman's Club, Inc., in the above captioned action, certifies that the following are corporations, other than the debtor or a governmental unit, that directly or indirectly own 10 percent (10%) or more of any class of the corporation's equity interest, or states that there are no entities to report under FRBP 7007.1:   NONE.

DATED this 14th day of April, 2015.

SNELL & WILMER L.L.P.

By */s/ Jill H. Perrella*
Jill H. Perrella
One South Church Avenue, Suite 1500
Tucson, AZ 85701
*Proposed Attorneys for the Debtor*

COPY of the foregoing e-filed and
e-mailed this 14th day of April, 2015 to:

Christopher J. Pattock
Office of the United States Trustee
230 North First Avenue, Ste. 204
Phoenix, AZ 85003-1706
Email: Christopher.J.Pattock@usdoj.gov

*/s/ Clarrissa Palma*