# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. **4:15-bk-04005-SHG**
)
**INGLEWOOD WOMAN'S CLUB, INC.** ) **INVESTMENT ENTITY**
) **MONTHLY REPORT**
)
) MONTH OF _April, 2015_
)
) DATE PETITION FILED: **4/8/2015**
Debtor )
) TAX PAYER ID NO. :

Nature of Debtor's Investments: _Retreat for Veterans suffering from PTS and other ailments_

DATE DISCLOSURE STATEMENT FILED: _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED: _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_Marlene Fearing_ _Secretary/Treasurer/CEO_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY TITLE

_Marlene Fearing_ _5/10/15_
PRINTED NAME OF RESPONSIBLE PARTY DATE

**PREPARER:**

_Marlene Fearing_ _Secretary/Treasurer/CEO_
ORIGINAL SIGNATURE OF PREPARER TITLE

_Marlene Fearing_ _5/10/15_
PRINTED NAME OF PREPARER DATE

PERSON TO CONTACT REGARDING THIS REPORT: _Marlene Fearing_
PHONE NUMBER: _952-451-2204_
ADDRESS: _1343 E. Stoney Canyon Circle, Oro Valley, AZ 85737_

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| ALL SECTIONS OF THE REPORT ARE TO BE COMPLETED | Operating Account # | Other # | Other # | Total |
|---|---|---|---|---|
| Balance at Beginning of Period | $666.13 | | | |
| **RECEIPTS** | | | | |
| Loans and Advances | 0 | | | |
| Capital Investments | 0 | | | |
| Sale of Assets | 0 | | | |
| Transfers from Other DIP Accounts | 0 | | | |
| Interest | 0 | | | |
| Other (attach list) Payment from loan | 1,500.00 | | | |
| TOTAL RECEIPTS | 2,166.13 | | | |
| **DISBURSEMENTS** | | | | |
| Business - Ordinary Operations | 42.30 | | | |
| Pre-Petition Debt | 0 | | | |
| Transfers to Other DIP Accounts | 0 | | | |
| Other (attach list) | 2,117.96 | | | |
| Reorganization Expenses: | | | | |
| Attorney Fees | | | | |
| Accountant Fees | 0 | | | |
| Other Professional Fees | 0 | | | |
| U. S. Trustee Quarterly Fee | 0 | | | |
| Court Costs | 0 | | | |
| TOTAL DISBURSEMENTS | | | | |
| Balance at End of Month * | $5.87 | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DEBTOR TO COMPLETE.......DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payment from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | |

# STATUS OF LIABILITIES AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 0 | | | | |
| Taxes Payable | accruing real property taxes | | | | |
| Notes Payable | 0 | | | | |
| Professional Fees Payable | accruing - amount unknown | | | | |
| Secured Debt | | | | | |
| Other (attach list) electric & water | 0 | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

### Insiders

| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

### Professionals

| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 3

**QUESTIONAIRE**

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? | | ✓ |
| 2. Have you made any payments to an attorney or accountant this month? | | ✓ |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | | ✓ |
| 4. Have any post-petition loans been received by the debtor(s) from any party? | | ✓ |
| 5. Have any insurance policies or coverages expired? | | ✓ |
| 6. Are any post-petition real estate taxes past due? | | ✓ |
| 7. Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 8. Do you expect any significant income changes within the next 90 days? | ✓ | |
| 9. Are any U. S. Trustee quarterly fees delinquent? | | ✓ |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

$50,000. To be received after final $10,000. payment made to Tech Oil.

$14,250. From LA Court

What progress has been made, during the reporting period, towards reorganinzing your estate ?

Lawsuit dismissed in LA Superior Court and escrowed funds belonging to Club will be returned. All initial required court documents prepared.

# INVESTMENT STATUS

Please list each investment separately. In each description, include the name of the investment if it is a partnership, joint venture, stock in a corporation, etc. If the investment is real property, provide a description and an address.

| INVESTMENT | SECURED CREDITOR | ORIGINAL LOAN BALANCE | SCHEDULED LOAN BALANCE |
|---|---|---|---|
| **1 Description of Investment**<br>**Property located at 1343 E. Stoney Canyon Circle, Oro Valley, AZ**<br>Acquisition Date: 5/2012<br>Acquisition Cost: $110,000.<br>Scheduled Value: $190,000 — $195,000. | If real property, is it listed for sale? Yes ___ No ✓<br>Amount of listing: $ | –0– | –0– |
| **2 Description of Investment**<br>Tech Oil<br>UK<br>Acquisition Date: 1/2015<br>Acquisition Cost: 40,000<br>Scheduled Value: 50,000 | → Balance of $10,000<br>If real property, is it listed for sale? Yes ___ No ✓<br>Amount of listing: $ | | |
| **3 Description of Investment**<br><br>Acquisition Date:<br>Acquisition Cost:<br>Scheduled Value: | If real property, is it listed for sale? Yes ___ No ___<br>Amount of listing: $ | | |
| **4 Description of Investment**<br><br>Acquisition Date:<br>Acquisition Cost:<br>Scheduled Value: | If real property, is it listed for sale? Yes ___ No ___<br>Amount of listing: $ | | |

| | | | DISBURSEMENT DETAIL |
|---|---|---|---|

Case Number: 4:15-bk-04005-SHG

Month: April 2015
Account #: _____

PLEASE ATTACH COPIES OF BANK STATEMENTS FOR ALL ACCOUNTS

NO Statement toDate — Transaction History

Bank Name: BBO Harris

### Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

### CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | Prime Time Shuttle | Travel Twice | |
| | | Travel One | To CA for Litigation | |
| | | Enterprise Rent a Car | & Travel to AZ | |
| | | Southwest | For Litigation | |
| | | Spirit | (Behalf of Englewood) | |
| | | | | |
| | | Mayfair Hotel | Travel expense for | |
| | | Sheraton | hotel, meals & extras | |
| | | Romano's | | |
| | | | | |
| | | | Lawsuit # BC506143 & BS4379 | |
| | | | See Attached Transaction History | |

Total checks listed on this page

Total checks listed on continuation pages

TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements)

| Date | Number | Amount | Note | Balance | Description | Code | Ref |
|---|---|---|---|---|---|---|---|
| 04/30/2015 | 0000000000 | 24.00 | wire transfer | 170.27 | SERVICE CHARGE | GT01 | 0 |
| 04/30/2015 | 0000000000 | 7.50 | transfer | 194.27 | SERVICE CHARGE | GT01 | 0 |
| 04/30/2015 | 5264300094 | 520.62 | ?✓ | 201.77 | BRAKE MASTERS 204   01111111111 AZ | 0705 | 24910 |
| 04/30/2015 | 5264276791 | 42.00 | Travel Expense | 722.39 | ARIZONA STAGECOACH INC   TUCSON AZ | 0705 | 24911 |
| 04/30/2015 | 5264600019 | 43.19 | | 764.39 | BLUWIRE DENVER 1   DENVER CO | 0705 | 24909 |
| 04/30/2015 | 5264464266 | 10.47 | | 807.58 | CARIBOU COFFEE 1293 MINNEAPOLIS MN | 0705 | 24907 |
| 04/30/2015 | 5264204361 | 25.02 | | 818.05 | SUPERAMERICA 4317   WHITE BEAR L MN | 0705 | 24908 |
| 04/29/2015 | 5264337990 | ✓ 9.80 | Light Bulbs | 843.07 | WALGREENS 2769   WHITE BEAR L MN | 0705 | 282 |
| 04/29/2015 | 5264338071 | 32.13 Return | Ink Cartridge | 852.87 | WALGREENS 2769   WHITE BEAR L MN | 0750 | 283 |
| 04/27/2015 | 5264082910 | 17.00 | Trvl Exp | 820.74 | SPIRIT AIRLINES ONBOAR   IRVING TX | 0705 | 51557 |
| 04/24/2015 | 5264044469 | ✓ 225.00 | AZ Ins | 837.74 | STATEWIDE INSURANCE CO   PHOENIX AZ | 0705 | 42395 |
| 04/23/2015 | 5264893618 | ✓ 32.13 | Ink Cartridge | 1,062.74 | WALGREENS 2769   WHITE BEAR L MN | 0705 | 1693 |
| 04/23/2015 | 5264999202 | 252.50 | | 1,094.87 | SOUTHWES   800 435 9792 TX | 0705 | 1692 |
| 04/22/2015 | 5264492157 | 119.04 | | 1,347.37 | ENTERPRISE RENT A CAR   VADNAIS HEIG MN | 0750 | 10372 |
| 04/21/2015 | 5264196012 | 11.64 | | 1,228.33 | SHERATON ST PAUL WOODB WOODBURY MN | 0705 | 16636 |
| 04/20/2015 | 5264328496 | 210.00 | | 1,239.97 | ENTERPRISE RENT A CAR   VADNAIS HEIG MN | 0705 | 70090 |
| 04/20/2015 | 5264200244 | 9.00 | | 1,449.97 | KABOB EXPRES 46   CHINO HILLS CA | 0705 | 70088 |
| 04/20/2015 | 5264264630 | 10.28 | | 1,458.97 | COFFEE BEAN STORE   LOS ANGELES CA | 0705 | 70087 |
| 04/20/2015 | 5264724122 | 39.88 | Trvl CA | 1,469.25 | BOTTEGA LOUIE   LOS ANGELES CA | 0705 | 70086 |
| 04/20/2015 | 5264010056 | 87.78 | Trvl exp | 1,509.13 | MAYFAIR HOTEL   LOS ANGELES CA | 0705 | 70089 |
| 04/17/2015 | 5264466853 | 3.00 | | 1,596.91 | SPIRIT AIRLINES ONBOAR   IRVING TX | 0705 | 47993 |
| 04/17/2015 | 5264010044 | 12.95 | | 1,599.91 | MAYFAIR RESTAURANT   LOS ANGELES CA | 0705 | 47995 |
| 04/17/2015 | 5264160104 | 7.65 | | 1,612.86 | CARIBOU COFFEE CO 14 MINNEAPOLIS MN | 0705 | 47992 |
| 04/17/2015 | 5264370360 | 25.00 | | 1,620.51 | SUPERAMERICA 4317   WHITE BEAR L MN | 0705 | 47994 |
| 04/17/2015 | 5264268333 | 28.00 | | 1,645.51 | SPIRIT AI   MIRAMAR FL | 0705 | 47991 |
| 04/17/2015 | 5264007561 | 63.75 | | 1,673.51 | 1256 W 7TH STREET   LOS ANGELES CA | 0520 | 47996 |
| 04/16/2015 | 5264006831 | 43.00 | | 1,737.26 | 3155 CENTURY E   WHITE BEAR LA | 0520 | 15144 |

Handwritten notes:
- Office          $ 9.80
- Bank fees    32.50
- Travel Exp  1,330.04
- Defending CA & AZ
- Ins.              225.00
- Car              520.62

# Transaction History

*BMO HARRIS Statement Unavailable* (handwritten)

Customer Name: INGLEWOOD WOMAN'S CLUB
Account Number: *****3523
Last Statement Date: 04/30/2015
Printed Date: 05/06/2015
Last Business Day: $6.46
Available Balance: $6.46

| Date | Check # | Amount | Resulting Balance | Transaction | Tran # | Reference # |
|---|---|---|---|---|---|---|
| 04/15/2015 | 5264745575 | 20.00 | 1,780.26 | PRIME TIME SHUTTLE   310 536 7922 CA | 0705 | 40029 |
| 04/15/2015 | 5264745658 | 20.00 | 1,800.26 *Trav Exp* | PRIME TIME SHUTTLE   310 536 7922 CA | 0705 | 40030 |
| 04/15/2015 | 5264963222 | 322.00 *Car rental* | 1,820.26 *to AZ ✱N* | 3670 E COUNTY LINE   WHITE BEAR MN | 0520 | 40033 |
| 04/15/2015 | 1504150 | 1,500.00 | 2,142.26 *Income* | FED WIRE TRANSFER CREDIT 1504150WIRE-IN | 0037 | 82770 |
| 04/15/2015 | 5264975028 | 15.06 | 642.26 | TRAVEL GUARD GROUP INC 08008261300  WI | 0750 | 40032 |
| 04/15/2015 | 5264452160 | 1.03 | 627.20 | RBT ROMANOS 1278   EASYSAVINGS NY | 0750 | 40031 |
| 04/14/2015 | 5264550860 | 9.00 | 626.17 *Trav Exp to CA* | CLASSIC AUTOMOTIVE C   WHITE BEAR L  MN | 0705 | 19257 |
| 04/14/2015 | 5264902768 | 163.64 | 635.17 | ENTERPRISE RENT A CAR   VADNAIS HEIG  MN | 0750 | 19258 |
| 04/13/2015 | 5264773494 | 316.18 | 471.53 *✱N* | SPIRIT AI   MIRAMAR  FL | 0705 | 55740 |
| 04/13/2015 | 5264401881 | 25.64 | 787.71 | ROMANOS 1278   ROSEVILLE MN | 0705 | 55739 |
| 04/13/2015 | 5264755011 | 200.00 | 813.35 | ENTERPRISE RENT A CAR   VADNAIS HEIG  MN | 0705 | 55735 |
| 04/13/2015 | 5264176178 | 15.06 | 1,013.35 | TRAVEL GUARD GROUP INC 08008261300  WI | 0705 | 55737 |
| 04/13/2015 | 5264308046 | ~~364.19~~ *error cancelled* | 1,028.41 | 056 HELZBERG DIAMOND   ROSEVILLE MN | 0750 | 55736 |
| 04/13/2015 | 5264801986 | ~~68.14~~ *cancelled* | 664.22 | LIGHT MINI IN THE BOX   COVENTRY | 0750 | 55738 |
| 04/10/2015 | 5264012351 | 1.91 | 596.08 | LIGHT MINI IN THE BOX   COVENTRY | 0070 | 46095 |
| 04/10/2015 | 5264012351 | ~~68.14~~ *error* | 597.99 | LIGHT MINI IN THE BOX   COVENTRY | 0705 | 46096 |
| 04/09/2015 | 5264729698 | 2,500.00 | 666.13 | SNELL WILMER LLP   602 382 6030  AZ | 0705 | 4305 |

*Beginning Balance* (handwritten)

✱ *charge in error on previous statement*

Case Number: 4:15-bk-04005-SHG

**DISBURSEMENT DETAIL**
CONTINUATION SHEET

PLEASE ATTACH COPIES OF BANK STATEMENTS FOR ALL ACCOUNTS

Month: _____
Account # _____
Bank Name _____

*Projected Monthly Expenses & Capital Improvement cost*

### CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| Expenses | | TEP | Electricity | 125.00 |
| | | Oro Valley Water | Water & Sewer | 60.00 |
| | | Rafael | Lawn mtce · Labor | 50.00 |
| | | CenturyLink | Phone · internet | 110.00 |
| | | Home Depot | Yard mtce Products | 75.00 |
| | | Streifer | Pest control | 60.00 |
| | | WM | Waste mgmt. | 60.00  530.00 |
| | | Streifer | termite Repair & control | ? |
| Capital Improvement | | | | |
| | | Home Depot | 2 lavatories $115.00 ea | 230.00 |
| | | | Installation | 150.00   530.00 |
| | | | Removal of Lav | 150.00 |
| | | Oro Valley Water | Water flow pressure Cost to repair not yet known | ? |

| TOTAL DISBURSEMENTS - THIS PAGE | |
|---|---|

COPY of the foregoing Monthly Operating
Report sent via paper copy and electronic notification this
14th day of May, 2015:

Christopher J. Pattock
Office of the United States Trustee
230 North First Avenue, Ste. 204
Phoenix, AZ 85003-1706
Email: Christopher.J.Pattock@usdoj.gov


/s/ Peggy L. Lundquist, CLA, Paralegal