THIS ORDER IS APPROVED.

Dated: July 7, 2015

_____
**Scott H. Gan, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In Re:

INGLEWOOD WOMAN'S CLUB, INC.,

Debtor.

Proceedings Under Chapter 11

Case No. 4:15-bk-04005-SHG

**ORDER APPROVING WITHDRAWAL AS ATTORNEY OF RECORD FOR DEBTOR**

Upon consideration of the *Motion for Leave to Withdraw As Counsel for Debtor* ("<u>Motion</u>") and good cause appearing,

IT IS ORDERED that the appearance of Jill H. Perrella of Snell & Wilmer L.L.P. as attorney of record for the Debtor Inglewood Woman's Club, Inc. is hereby withdrawn. Attorney Perrella shall serve a copy of this Order, together with contact information consisting of the name, last known address and telephone number of the Debtor on the U.S. Trustee and all parties in interest or their attorneys.

**DATED AND SIGNED ABOVE.**