# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. **4:15-bk-04005-SHG**
)
**INGLEWOOD WOMAN'S CLUB, INC.** ) **INVESTMENT ENTITY**
) **MONTHLY REPORT**
)
) MONTH OF July, 2015
)
) DATE PETITION FILED: 4/8/2015
Debtor )
) TAX PAYER ID NO.: 6/30/15

Nature of Debtor's Investments: Retreat for Veterans

---

DATE DISCLOSURE STATEMENT FILED: _____ TO BE FILED
DATE PLAN OF REORGANIZATION FILED: _____ TO BE FILED

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE
ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_Marlene Fearing_ / Secretary/Treasurer, CEO
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY / TITLE

_Marlene Fearing_ / 8/10/15
PRINTED NAME OF RESPONSIBLE PARTY / DATE

**PREPARER:**

_Marlene Fearing_ / Secretary/Treasurer/CEO
ORIGINAL SIGNATURE OF PREPARER / TITLE

_Marlene Fearing_ / 8/10/15
PRINTED NAME OF PREPARER / DATE

PERSON TO CONTACT REGARDING THIS REPORT: Marlene Fearing
PHONE NUMBER: 952-451-2304
ADDRESS: 1342 E. Stoney Canyon Circle
Oro Valley, AZ 85737

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

*July, 2015 Report*

# CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

Case Number: 4:15-bk-04005-SHG

| ALL SECTIONS OF THE REPORT ARE TO BE COMPLETED | Operating Account # *Bank of the West* | Other # *Petty Cash* | Other # | Total |
|---|---|---|---|---|
| Balance at Beginning of Period | 1,299.40 | 3.56 | | |

| RECEIPTS | | | | |
|---|---|---|---|---|
| Loans and Advances | | | | |
| Capital Investments | | | | |
| Sale of Assets | | | | |
| Transfers from Other DIP Accounts | | | | |
| Interest | | | | |
| Other (attach list) *Petty Cash* | | 300.00 | *Deposit* | |
| *Accts. Rec. payment* | 1,500.00 | | | |
| TOTAL RECEIPTS | 2,799.40 | 303.56 | | |

| DISBURSEMENTS | | | | |
|---|---|---|---|---|
| Business - Ordinary Operations | 373.60 | 125.97 | | |
| Pre-Petition Debt | | | | |
| Transfers to Other DIP Accounts | | | | |
| Other (attach list) | 705.23 | | | |
| *Petty Cash* | 300.00 | | | |
| Reorganization Expenses: | | | | |
| Attorney Fees | | | | |
| Accountant Fees | 293.20 | | | |
| Other Professional Fees | | | | |
| U. S. Trustee Quarterly Fee | 325.00 | | | |
| Court Costs | | | | |
| | | | | |
| TOTAL DISBURSEMENTS | 1,997.03 | 125.97 | | 2,123.00 |

| Balance at End of Month * | 802.37 | 177.59 | | 979.96 |
|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DEBTOR TO COMPLETE......DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 2,123.00 |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payment from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 2,123.00 |

Page 2

Case Number: 4:15-bk-04005-SHG

## STATUS OF LIABILITIES AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | REPORTED | ON | SCHEDULES | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

### PAYMENTS TO INSIDERS AND PROFESSIONALS

**Insiders**

| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

**Professionals**

| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 3

Case Number: 4:15-bk-04005-SHG

# CASE STATUS

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? | | ✓ |
| 2. Have you made any payments to an attorney or accountant this month? | | ✓ |
| 3. Have any payments been made on prepetition liabilities during this reporting period? | | ✓ |
| 4. Have any post-petition loans been received by the debtor(s) from any party? | | ✓ |
| 5. Have any insurance policies or coverages expired? | | ✓ |
| 6. Are any post-petition real estate taxes past due? | | ✓ |
| 7. Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 8. Do you expect any significant income changes within the next 90 days? | ✓ | |
| 9. Are any U. S. Trustee quarterly fees delinquent? | | ✓ |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

$50,000. To be received after final $10,000. Payment made to TechOil - David Bhiller

$14,350. From LA Court

What progress has been made, during the reporting period, towards reorganinzing your estate ?

Not much progress has been made due To interference of Minnesota. An investigation of "theft by fraud" is necessary to continue.

Page 4

Please list each investment separately. In each description, include the name of the investment if it is a partnership, joint venture, stock in a corporation, etc. If the investment is real property, provide a description and an address.

| INVESTMENT | SECURED CREDITOR | ORIGINAL LOAN BALANCE | SCHEDULED LOAN BALANCE |
|---|---|---|---|
| **1 Description of Investment** **Property located at 1343 E. Stoney Canyon Circle, Oro Valley, AZ** Acquisition Date: 5/2012 Acquisition Cost: $110,000. Scheduled Value: $190,000 — $195,000. | If real property, is it listed for sale? Yes ___ No ✓ Amount of listing: $ | -0- | -0- |
| **2 Description of Investment** Tech Oil (David Bhijlen) Acquisition Date: 1/2015 Acquisition Cost: 40,000. Scheduled Value: 50,000. | Balance $10,000. If real property, is it listed for sale? Yes ___ No ✓ Amount of listing: $ | | |
| **3 Description of Investment** Acquisition Date: Acquisition Cost: Scheduled Value: | If real property, is it listed for sale? Yes ___ No ___ Amount of listing: $ | | |
| **4 Description of Investment** Acquisition Date: Acquisition Cost: Scheduled Value: | If real property, is it listed for sale? Yes ___ No ___ Amount of listing: $ | | |

Page 5

# DISBURSEMENT DETAIL

Month: _____
Account # _____
Bank Name _____

**PLEASE ATTACH COPIES OF BANK STATEMENTS FOR ALL ACCOUNTS**

### Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

### CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 99005 | 7/9/15 | U.S. Air | Business expense | 256.00 |
| 99002 | 7/10/15 | Oro Valley Water | Water & Sewer | 116.00 |
| 9755 | 7/15/15 | Home Depot | House Repair | 58.75 |
| | 7/17/15 | Bank of The West | Bank Fees | 13.00 |
| 9019 | 7/21/15 | Petty Cash | Petty Cash fund | 300.00 |
| 99006 | 7/21/15 | U.S. Trustee | Trustee Fees | 325.00 |
| 99007 | 7/23/15 | State Wide Ins | House Ins. | 500.48 |
| | 7/30/15 | Century Link | Phone | 104.00 |
| | 7/31/15 | Target | Next Book Accounting | 293.20 |

**Total checks listed on this page** 1,997.03
**Total checks listed on continuation pages**

**TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements)** 1,997.03

*Bank of The West* (handwritten)

# Account Activity

CLASSIC BUSINESS CHECKING xxxxxx9723

**Available balance** $802.37

Current balance $802.37

Transactions Date: From 6/2/2015 To 8/1/2015, Description: , Category: undefined

| Date | Description | Category | Type | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 07/31/2015 | DIRECTDEBIT TARGET T0/00 PURCHASE 073015 99003 BOC — *Next Book-Accounting System* | Uncategorized | DIRECTDEBIT | $293.20 | | $802.37 |
| 07/30/2015 | DIRECTDEBIT CTL 8002441111 TELEPHONE 073015 — *Century Link* | Uncategorized | DIRECTDEBIT | $104.00 | | $1,095.57 |
| 07/23/2015 | CHECK #99007 — *House Ins.* | Uncategorized | CHECK | $500.48 | | $1,199.57 |
| 07/21/2015 | CHECK #99006 — *U.S. Trustee* | Uncategorized | CHECK | $325.00 | | $1,700.05 |
| 07/21/2015 | CHECK #9019 — *Petty Cash* | Uncategorized | CHECK | $300.00 | | $2,025.05 |
| 07/17/2015 | REFERENCE # 150717004710 WIRE FEES SENDING BANK — *Bank Fees* | Uncategorized | FEE | $13.00 | | $2,325.05 |
| 07/17/2015 | REFERENCE # 150717004710 WIRE CREDIT SENDING BANK — *A/c Cary Deason* | Uncategorized | CREDIT | | $1,500.00 | $2,338.05 |
| 07/15/2015 | CHECK #9755 — *Home Depot Repair* | Uncategorized | CHECK | $88.75 | | $838.05 |
| 07/10/2015 | CHECK #99002 — *Oro Valley Water* | Uncategorized | CHECK | $116.00 | | $926.80 |
| 07/09/2015 | CHECK #99005 — *Air Fare Travel* | Uncategorized | CHECK | $256.60 | | $1,042.80 |
| 07/01/2015 | DEBIT PREVIOUS PERIOD ACTIVITY RESULTED IN | Uncategorized | DEBIT | $10.00 | | $1,299.40 |
| 07/01/2015 | CREDIT VALUED CUSTOMER MONTHLY SERVICE CHARGE | Uncategorized | CREDIT | | $10.00 | $1,309.40 |
| 06/30/2015 | CHECK #99007 — *Attorney Consult* | Uncategorized | CHECK | $250.00 | | $1,299.40 |
| 06/23/2015 | DIRECTDEBIT STATEWIDE INSURA ACH 062315 602-494- — *House Ins. payment* | Uncategorized | DIRECTDEBIT | $142.52 | *June Report* | $1,549.40 |
| 06/19/2015 | REFERENCE # 150619005730 WIRE FEES SENDING BANK — *Bank Fees* | Uncategorized | FEE | $13.00 | *June Report* | $1,691.92 |

Case 4:15-bk-04005-SHG    Doc 74    Filed 08/11/15    Entered 08/12/15 09:03:31    Desc
Main Document    Page 7 of 9

Case Number: 4:15-bk-04005-SHG

**DISBURSEMENT DETAIL**
CONTINUATION SHEET

*PLEASE ATTACH COPIES OF BANK STATEMENTS FOR ALL ACCOUNTS*

Month: July, 2015
Account # _____
Bank Name _____

Petty Cash

### CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
|  | 6/23/15 | Post Office | Postage | 24.99 |
|  | 6/25/15 | " | " | 5.75 |
|  | 7/2/15 | Parking meter | Parking | 3.20 |
|  | 7/4/15 | " | " | 4.50 |
|  | 7/8/15 | " | " | 3.00 |
|  | 7/17/15 | " | " | 4.00 |
|  | 7/21/15 | UPS | Stamps | 12.60 |
|  | 7/22/15 | Parking Meter | Parking | 3.60 |
|  | 7/23/15 | Shell | Gas for Travel | 30.95 |
|  | 7/30/15 | Parking Meter | Parking | 4.40 |
|  | 7/30/15 | Ross | House Candles | 18.98 |
|  | 7/31/15 | K Gas | Gas for Travel | 10.00 |

**TOTAL DISBURSEMENTS - THIS PAGE**  125.97

7/30/15

# ROSS
### DRESS FOR LESS
TUCSON, AZ
Phone: 520-575-0008

```
400126344154 ~~...~~
400130158396 ~~...~~
400122446807 ~~...~~
400123328508 Universal Arch Tab   12.99 R
400128291821 ~~...~~
400129810979 ~~...~~
400129478764 ~~...~~
400119916009 ~~...~~
400126624058 ~~...~~
400124117903 9 OZ WW BLUE/OCEAN   5.99 R
400130429472 ~~...~~
400119763054 ~~...~~
400127458423 ~~...~~
400127458423 ~~...~~
Subtotal                        $76.76
Sales Tax 8.600%                 $5.80
Total                           $82.56
   Sold: 14  Returned: 0  Deleted: 0
```

---

WILLERNIE POST OFFICE
WILLERNIE, Minnesota
550906500
2663650864-0099
06/25/2015 (800)275-8777 03:25:55 PM

──────── Sales Receipt ────────
Product         Sale Unit    Final
Description     Qty   Price  Price

@@ -- WASHINGTON DC 20530        $5.75
Zone-5
Priority Mail 2-Day
Flat Rate Env
1 lb. 1.90 oz.
Expected Delivery: Sat 06/27/15
Includes up to $50 insurance

USPS Tracking #:
9505 5111 9450 5176 5551 39

Issue Postage:                   $5.75

Total:                           $5.75

---

Thank you for your business

SHELL
0051856002
0505 N ORACLE RD
ORO VALLEY , AZ
85737
07/23/2015 385908230
09:56:50 AM

XXXXXXXXXXXX2584
Debit

INVOICE 654889
AUTH 572775

PUMP# 5
REGULAR        13.234G
PRICE/GAL      $2.339

DISCOUNTS BEFORE
FUELING
Grocer D/GAL  $-0.100

FUEL TOTAL  $   30.95
DEBIT       $   30.95

You received $0.10 off per gallon by
using your Fry's VIP card.

Come back to Shell to redeem future
Fry's VIP discounts.
Used

Try new Shell V-Power NiTRO+ Premium
Gasoline and gain 10 entries to win a
BMW!
Shell V-Power NiTRO+...the BEST total
engine protection you can get.

---



The UPS Store - #5809
10645 N. Oracle Road
Suite 121
Oro Valley, AZ 85737
(520) 544-4008

07/21/15  10:37 AM

We are the one stop for all your
shipping, postal and business needs.

We offer what you need. Please visit
our website at: theupsstorelocal.com/5809

```
001 000005 (029)         TO $  12.60
    Book of Stamps

               SubTotal $  12.60
                  Total $  12.60
```

---

WILLERNIE POST OFFICE
WILLERNIE, Minnesota
550906500
2663650864-0098
06/23/2015 (800)275-8777 09:39:43 AM

──────── Sales Receipt ────────
Product         Sale Unit    Final
Description     Qty   Price  Price

-- PHOENIX AZ 85003-1725        $24.99
Zone-6
Priority Mail Express 1-Day
Flat Rate Env
4.20 oz.
USPS Tracking #:
EK634881291US
Scheduled Delivery Day: Wed
06/24/15 10:30AM - Money Back
Guarantee
Includes up to $100 insurance
Signature Waived

Issue Postage:                 $24.99

Total:                         $24.99

Paid by:
MasterCard                     $24.99

*petty postage*