Jill H. Perrella (AZB #026270)
SNELL & WILMER L.L.P.
One South Church Ave., Suite 1500
Tucson, AZ 85701
Telephone: (520) 882-1200
E-mail: jperrella@swlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>INGLEWOOD WOMAN'S CLUB, INC.,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 4:15-bk-04005-SHG<br><br>**NOTICE OF LODGING ORDER APPROVING FIRST AND FINAL APPLICATION FOR APPROVAL OF FEES AND EXPENSES INCURRED BY SERVICES RENDERED BY SNELL & WILMER** |

**NOTICE IS HEREBY GIVEN** that on August 18, 2015, as directed by the Court, Snell & Wilmer L.L.P., lodged a proposed *Order Approving First and Final Application for Approval of Fees and Expenses Incurred by Services Rendered by Snell & Wilmer* ("Order"). A true and correct copy of the lodged Order approving the *First and Final Application for Approval of Fees and Expenses Incurred by Services Rendered by Snell & Wilmer* [Dkt. No. 50] ("Application") is attached hereto as **Exhibit A**.

DATED this 18th day of August, 2015.

SNELL & WILMER L.L.P.


By */s/ Jill H. Perrella*
   Jill H. Perrella
   One South Church Avenue, Suite 1500
   Tucson, AZ 85701

**COPY** of the foregoing served by electronic or first class mail on this 18th day of August, 2015 on the following:

Christopher J. Pattock
Office of the United States Trustee
230 North First Avenue, Ste. 204
Phoenix, AZ 85003-1706
Email: Christopher.J.Pattock@usdoj.gov

Jack R. Cunningham
Chad L. Schexnayder
Travis A. Pacheco
Jennings, Haug & Cunningham, LLP
2800 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-1049
Email: jrc@jhc-law.com
　　　　cls@jhc-law.com
　　　　tap@jhc-law.com
*Attorneys for Stoney Canyon I Townhomes Association*

Matthew A. Silverman
April J. Theis
Christopher J. Dylla
Office of the Attorney General, State of Arizona
1275 W. Washington St.
Phoenix, AZ 85007-2926
Email: matthew.silverman@azag.gov
　　　　april.theis@azag.gov
　　　　christopher.dylla@azag.gov
*Attorneys for the Arizona Department of Revenue*

Chris M. Roll
Pima County Attorney, Civil Division
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701
Email: chris.roll@pcao.pima.gov
　　　　pcaocvbk@pcao.pima.gov
*Attorneys for Pima County*

Ms. Marlene Fearing
Chief Executive Officer
Inglewood Woman's Club, Inc.
1343 East Stoney Canyon Circle
Oro Valley, AZ 85737

Ms. Marlene Fearing
Chief Executive Officer
Inglewood Woman's Club, Inc.
805 Wildwood Road, Apt. 301
Mahtomedi, MN 55115

*/s/ Jill H. Perrella*

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200

21926637