# EXHIBIT A

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In Re:

INGLEWOOD WOMAN'S CLUB, INC.,

    Debtor.

Proceedings Under Chapter 11

Case No. 4:15-BK-04005-SHG

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR APPROVAL OF FEES AND EXPENSES INCURRED BY SERVICES RENDERED BY SNELL & WILMER**

Upon consideration of that certain *First and Final Application for Approval of Fees and Expenses Incurred by Services Rendered by Snell & Wilmer L.L.P.* [Dkt. No. 50] ("Application") filed by the Snell & Wilmer L.L.P. ("Snell & Wilmer"), former counsel for the Debtor Inglewood Woman's Club, Inc. ("Debtor"), in which Snell & Wilmer seeks approval of fees in the amount of $32,579.50 and expenses in the amount of $2,935.77, totaling $35,515.27, and requests to apply the retainer held by Snell & Wilmer in the amount of $2,500.00; the objection to the Application filed by the Debtor's representative Marlene Fearing [Dkt. No. 55] ("Objection"); and the arguments presented at the hearing on the Application held on August 18, 2015 before this Court:

**THE COURT HEREBY FINDS** that:

A.    The Court has jurisdiction over the matter pursuant to 28 U.S.C. § 157(b)(2);

B.    Due and proper notice of the Application has been given; no other or further notice need be provided;

C. The Court considered the Objection and arguments presented; and

D. The fees and expenses for which allowance is sought on a final basis in the Application are reasonable and related to the actual and necessary services rendered to the estate.

Based on the foregoing and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The Application is granted in its entirety;

2. The Objection is overruled;

3. Pursuant to 11 U.S.C. § 330, compensation for services rendered by the Snell & Wilmer in the amount of $32,579.50 and reimbursement of expenses in the amount of $2,935.77, totaling $35,515.27, are hereby approved and allowed on a final basis; and

4. Snell & Wilmer is permitted to apply the retainer held by Snell & Wilmer in the amount of $2,500.00.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Order constitutes a final judgment within the meaning of Fed. R. Civ. P. 54(b) and Fed. R. Bankr. P. 7054 and is immediately enforceable and recordable against the Debtor.

**DATED AND SIGNED ABOVE.**

2